| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| MARK BERTRAND and<br>JENNIFER BERTRAND,<br><br>       Plaintiffs,<br><br>versus<br><br>OCEAN HARBOR CASUALTY<br>INSURANCE COMPANY,<br><br>       Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:25-CV-00513-MAC-CLS |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This case was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On June 17, 2026, Judge Stetson issued a Report and Recommendation (#19) advising that the court **GRANT** Plaintiffs Mark Bertrand and Jennifer Bertrand's Motion to Dismiss (#18) under Federal Rule of Civil Procedure 41(b) and dismiss this case with prejudice. To date, no party filed objections.

The court has accordingly received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Therefore, the Report and Recommendation (#19) is **ADOPTED** and Plaintiffs' Motion to Dismiss (#18) is **GRANTED**. It is **ORDERED** that Plaintiffs' claims are **HEREBY**

**DISMISSED WITH PREJUDICE**.  The clerk of court is instructed to **CLOSE** this case and **DENY** as moot any pending motions.

  **THIS IS A FINAL JUDGMENT**.

  SIGNED at Beaumont, Texas, this 7th day of July, 2026.

                *Marcia A. Crone*
                MARCIA A. CRONE
             UNITED STATES DISTRICT JUDGE